UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 23-23988-CIV-MORENO

JONATHAN E. PERLMAN, Esq., as court-appointed Receiver of TCA Fund Management Group Corp., et al.,

      Plaintiff,

vs.

BOLDER FUND SERVICES (USA), LLC, BOLDER FUND SERVICES (CAYMAN), LTD., and BOLDER GROUP HOLDING B.V.,,

      Defendants.

_____/

## ORDER DENYING MOTION TO TRANSFER AND GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon the Motion to Transfer **(D.E. 18)** filed on January 30, 2024 and the Defendant's Motion to Dismiss **(D.E. 19)**, filed on **February 9, 2024**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to transfer is DENIED. It is also

**ADJUDGED** that the motion to dismiss is GRANTED by default as Plaintiff failed to file a response in opposition to the motion and the time for doing so has now passed. *See* S.D. Fla. L.R. 7.1(C) (stating that a failure to file a memorandum in opposition to a motion may be deemed sufficient grounds for granting the motion by default). Accordingly, the Court dismisses the case without prejudice for the various reasons explained in the motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record